June 25, 1971.

M. P. No. 1394. ROBERT W. FLINT, JR. *v.* FRANCIS A. HOW-ARD, *Warden.* Petition for writ of habeas corpus is granted. Motion of petitioner for admission to bail is denied. *James Cardono*, Public Defender, *William F. Reilly*, Asst. Public Defender, for petitioner. *Richard J. Israel*, Attorney General, *Donald P. Ryan*, Asst. Attorney General, for respondent.

M. P. No. 1417. MARE PACHEM, INC. *v.* DEEB SARKAS, *Liquor Control Administrator.* Motion for leave to file petition for writ of certiorari denied. *Martin Malinou*, for petitioner. *Richard J. Israel*, Attorney General, *W. Slater Allen, Jr.*, Asst. Attorney General, for respondent. *Corcoran, Peckham & Hayes, Arthur W. Murphy*, for Intervenor, Bowen's Wharf Co., Inc.

M. P. No. 1458. REVEREND VARTUN HARTUNIAN *et al. v.* GEORGE E. MATTESON, *Building Inspector of Coventry et al.* Motion of petitioners for leave to file petition for writ of certiorari is granted without prejudice to right of respondents to raise all questions at hearing on the merits. Stay granted in amended Order entered on June 4, 1971 to continue in effect until further order. Kelleher, J., not participating. *Marion J. Dillon, Francis J. Maguire*, for petitioners. *James F. Murphy*, for respondent.

Ex. No. 1291. STATE *v.* RICHARD S. BOWER. Motion for special assignment denied. *Richard J. Israel*, Attorney General, *Bennett R. Gallo*, Special Asst. Attorney General, for plaintiff. *Paul E. Kelley*, Asst. Public Defender, for defendant.